PETER H. WITHERHEAD, Appellant, *v.* ANTHONY ORT, Respondent.

(Submitted October 12, 1928; decided October 26, 1928.)

*Forrest K. Moreland* for appellant.
*Jeremiah Wood* for respondent.

no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.